NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NICOLE M. MOORE,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D17-317
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____)

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Manatee
County; Susan B. Maulucci, Judge.

Howard L. Dimmig, II, Public Defender,
and Gary R. Gossett, Jr., Special
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford
Taylor, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.